# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 11, 2006*

[Cite as *05/11/2006 Case Announcements,* 2006-Ohio-2293.]

## DISCIPLINARY CASES

**2005–0398. Disciplinary Counsel v. Watson.**
On December 7, 2005, this court permanently disbarred respondent, Michael Troy Watson, Attorney Registration No. 0029023, last known business address in Cleveland, Ohio. On April 3, 2006, relator, Disciplinary Counsel, filed a motion for order to show cause why respondent should not be held in contempt for failing to obey this court's order of December 7, 2005. Upon consideration thereof,

IT IS ORDERED by this court that the motion be and hereby is granted to the extent that respondent show cause by filing a written response with the Clerk of this court on or before 20 days from the date of this order why respondent should not be held in contempt.

IT IS FURTHER ORDERED, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

## MISCELLANEOUS DISMISSALS

**2006–0258. State v. Alexander.**
Cuyahoga App. No. 85688, 2005-Ohio-5200. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due April 28, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be is dismissed sua sponte.

**2006–0691. State Farm Mut. Auto. Ins. Co. v. Reid.**
Cuyahoga App. No. 87718. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due May 1, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.